```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

DANIEL DECKER,                )
                              )
        Plaintiff             )
                              )     No. 3:14-0057
v.                            )     Judge Trauger/Bryant
                              )     **Jury Demand**
ROBERT LEDFORD,               )
                              )
        Defendant             )

## FINAL PRETRIAL CONFERENCE ORDER

The District Judge has directed the undersigned Magistrate Judge to conduct the final pretrial conference in this matter (Docket Entry No. 20). The final pretrial conference is set for **June 22, 2015, at 1:00 p.m. in Courtroom 776, United States Courthouse, 801 Broadway, Nashville, Tennessee**. An order to produce Plaintiff for the pretrial conference will be entered at the appropriate time.

Motions *in limine* shall be filed by **June 4, 2015**. Responses shall be filed by **June 18, 2015**.

The Defendant is hereby instructed to prepare a proposed final pretrial order for this action which shall contain succinct statements of the theories of both the Plaintiff and the Defendant. The pretrial order shall also contain the Defendant's list of witnesses expected to be called at trial and his list of exhibits proposed for introduction at trial. This shall be filed with the Court **one week** prior to the pretrial conference. A copy of the proposed pretrial order shall be forwarded to Plaintiff **no later**

**than one week** prior to the pretrial conference so that Plaintiff may review the order and determine what, if any, changes and/or additions he may wish to make. Plaintiff shall present to the Court any additions or changes at the pretrial conference. A final pretrial order will be finalized at the pretrial conference. Notwithstanding these instructions, the parties may confer prior to the pretrial conference in order to jointly submit the final proposed pretrial order at the pretrial conference.

Plaintiff shall file with the Court no later than **one week** prior to the pretrial conference his list of proposed witnesses, their inmate numbers, their locations and/or addresses, and their anticipated testimony. Plaintiff shall also bring this list to the pretrial conference.

No later than **one week** prior to the pretrial conference, Plaintiff shall also file with the Court a list of his proposed trial exhibits. Plaintiff shall also bring to the pretrial conference his proposed trial exhibits.

Plaintiff is advised that no exhibits or witnesses will be allowed at trial other than those presented at the pretrial conference.

This action is set for a jury trial on **July 7, 2015**, **at 9:00 a.m.** (Docket Entry No. 20) before District Judge Trauger.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge